IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **WIRELESSWERX IP LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. WA-22-CV-1059-KC |
| | § | |
| **RAYTHEON TECHNOLOGIES** | § | |
| **CORPORATION,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered the above-captioned case.  Pursuant to the Court's Standing Order on Patent Cases, the parties are required to confer for the purposes described in Federal Rule of Civil Procedure 26(f) within forty-five days after the appearance of a defendant.  Defendant filed a Motion to Dismiss, ECF No. 13, on March 2, 2023.  More than forty-five days have passed since that appearance, and the Court has received no notice of the parties' meeting.

Accordingly, the Court **ORDERS** the parties to meet, confer, and submit a joint report of parties' planning meeting as specified in the Court's Standing Order on Patent Cases **no later than April 25, 2023**.

**SO ORDERED.**

SIGNED this 18th day of April, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE